AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOHN ALLEN MCGILL,**

        **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**vs.**

                      **CASE NO. C2-10-026**

**MICHAEL J. ASTRUE,**        **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**          **MAGISTRATE JUDGE E. PRESTON DEAVERS**
**SOCIAL SECURITY,**

        **Defendant.**

    ____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Order filed February 9, 2011, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.


Date: February 9, 2011                           JAMES BONINI, CLERK


                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk