IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN ALLEN MCGILL,

    **Plaintiff,**

v.

    Civil Action 2:10-cv-26
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge E.A. Preston Deavers

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the December 22, 2011 Report and Recommendation of the United States Magistrate Judge. (ECF No. 34.) The Magistrate Judge recommended that the Court grant Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (ECF No. 32), but decline to issue an order directing payment of these fees to his attorney.

The Report and Recommendation of the Magistrate Judge specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 11, ECF No. 34.) The time period for filing objections to the Report and Recommendation has expired. Neither party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. (ECF No. 34.) Accordingly, the Court **GRANTS** Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (ECF No. 32) and **AWARDS** Plaintiff $4,200 in fees, but declines to issue an order directing payment of these fees to his attorney.

**IT IS SO ORDERED.**

1-12-2012
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**